# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1800.  VIVIAN PERCELL v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This dispossessory case originated in magistrate court.  Following an adverse ruling, Vivian Percell appealed to the state court.  The state court issued a writ of possession, and Percell filed this direct appeal.[1]  We lack jurisdiction for two reasons.

First, the notice of appeal in this matter was signed by "Shelley Percell for Vivian Percell."  Under OCGA § 15-19-51 (a) (1), it is unlawful for any person other than a duly licensed attorney at law to "practice or appear as an attorney at law for any person other than himself in any court of this state or before any judicial body."  While a litigant may represent herself without counsel, she may not be represented by someone unauthorized to practice law.  Here, because the notice of appeal was filed by a non-lawyer, it is ineffectual.  See *Jaheni v. State*, 281 Ga. App. 213, 214 (635 SE2d 821) (2006); see also *Eckles v. Atlanta Technology Group*, 267 Ga. 801 (485 SE2d 22) (1997). And without a valid notice of appeal, we lack jurisdiction to entertain this appeal.  See *Jaheni*, supra.

Moreover, because the order at issue disposes of a de novo appeal from a magistrate court decision, Percell was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Her failure to do so deprives us of jurisdiction over this appeal.  For these reasons, this appeal is hereby DISMISSED.

---

[1] Percell filed the appeal in the Supreme Court, which transferred the matter to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/24/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*